1  **PRENTICE, LONG & EPPERSON, PC**
   MARGARET LONG, SBN 227176
2  1716 Court Street, Suite B
   Redding, California 96001
3  Telephone: (530) 691-0800
   Facsimile: (530) 691-0700
4

5  Attorneys for County of Modoc

6  **UNITED STATES DISTRICT COURT**

7  **EASTERN DISTRICT OF CALIFORNIA**

8  JULIE WINKLE, on behalf of herself and         Civil Action No. 2:16-CV-01486-
   all similarly situated individuals,            KJM-GGH
9
            Plaintiff,                            **STIPULATION TO EXTEND**
10                                                **RESPONSE**
        v.
11
   COUNTY OF MODOC,
12
            Defendant.
13

14
        It is hereby STIPULATED by and between the parties to the above-referenced
15
   matter that Defendant County of Modoc has up to and including September 16, 2016 to
16
   respond to the Complaint for Violations of the Fair Labor Standards Act.
17
   Dated: August 22, 2016
18

19                                        MASTAGNI, HOLSTEDT APC

20

21                                        By:_____
                                             DAVID E. MASTAGNI
22                                           Attorneys for Plaintiff

23  Dated August 22, 2016

24                                        PRENTICE, LONG & EPPERSON, PC

25

26                                        By:_____
                                             MARGARET E. LONG
27                                           Attorneys for Defendant
                                             County of Modoc
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Per the above-stipulation, Defendant County of Modoc's responsive pleading in this matter is now due on or before September 16, 2016.

Dated: August 30, 2016

_____
UNITED STATES DISTRICT JUDGE