IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE WINKLE, on behalf of herself and all similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF MODOC,<br><br>    Defendant. | Case No. 2:16-cv-01486-KJM-GGH<br><br>**ORDER REGARDING APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**<br><br>**[COLLECTIVE ACTION]** |

The Court has carefully reviewed the Settlement Agreement, the Stipulation and proposed Order, and relevant exhibits. Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all respects as to the Plaintiffs, and the Parties shall perform the Settlement Agreement in accordance with its terms;

2. The Court has made no findings or determination regarding the law, and this Stipulation and Order and any exhibits and any of the other documents or written materials prepared in conjunction with this Stipulation and Order shall not constitute evidence of, or any admission of, any violation of the law;

ORDER REGARDING APPROVAL OF                         *Winkle, et. al. v. County of Modoc*
SETTLEMENT AND DISMISSAL OF ACTION                 Case No. 2:16-cv-01486-KJM-GGH

1

3. This Action is hereby dismissed with prejudice. The Clerk shall close this file; and

4. The court in its discretion declines to maintain jurisdiction to enforce the terms of the parties' settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375, 381, 114 S. Ct. 1673, 128 L.Ed.2d 391 (1994); *cf. Collins v. Thompson*, 8 F.3d 657, 659 (9th Cir.1993). Unless there is some independent basis for federal jurisdiction, enforcement of the agreement is for the state courts. *Kokkonen*, 511 U.S. at 382.

DATED: April 19, 2017.

_____
UNITED STATES DISTRICT JUDGE

ORDER REGARDING APPROVAL OF　　　　　　　　　　*Winkle, et. al. v. County of Modoc*
SETTLEMENT AND DISMISSAL OF ACTION　　　　　　Case No. 2:16-cv-01486-KJM-GGH

2